FIFTH COURT OF APPEALS TEXAS
DALLAS DIVISION

Sheik Tehuti § Case No. 5-14-00126-CV
Beneficiary §
       v. §
 §
TRANS-ATLAS FINANCIAL §
CYRUS RAOUFPUR §

RE: Deposit of Surety Copyright

## MOTION FOR COURT ORDER FOR DEPOSIT

Attached documents for Dallas County Clerk Trust Division motion for deposit, this court order is to deposit to the Registry Court on behalf for the condemnation of the property of Sheik Tehuti doing business as Silo Stables from a Dallas County Civil Court Case JP-1-1 No. JE-1350970E. The Deposit is registered by court order and jurat of a Texas Notary the property owner Sheik Tehuti had a lien that has equity annexed to the property for the value of $12, 996,400.00 this order annexed to the controllers office shall be deposited for collection against Cyrus Raoufpur dba Trans Atlas a California private financial institution. All fees, court cost and administrative fees shall be paid and funded from payment of the mechanics lien. All other funds shall be donated to non-profit organizations as attached.

Previous letter had no signature.

UCC Security Lien – File# 13-00078359
Federal Copyright – File# 1-2094840961
Common Law
Mechanic Lien – File# 201300025307
Deposit Court Registry
Dallas County Treasury
United States Treasury Bond – File# RB994765367US
Surety Bond
Order of Deposit

Appointed Trustee Judge Mary Murphy

Sheik Tehuti

Sheik Tehuti, Beneficiary
All Rights Reserved

JURAT

State of Texas )
       ) ACKNOWLEDGEMENT
County of Dallas )

Before me, Jacqueline Smith Cortez, on this day personally appeared Sheik Tehuti to be the person whose name is subscribed to the foregoing instrument was acknowledged to me. Given under my hand seal of office this 25th day of February 2015.

Jacqueline Smith Cortez, Notary Public
My commission expires: February 6, 2017



JACQUELINE SMITH CORTEZ
Notary Public, State of Texas
My Commission Expires
February 06, 2017

## FIFTH COURT OF APPEALS TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| Sheik Tehuti | § | Case No. 5-14-00126-CV |
| Beneficiary | § | |
| v. | § | |
| | § | |
| TRANS-ATLAS FINANCIAL | § | |
| CYRUS RAOUFPUR | § | |

RE: Court of Appeals Number: 05-14-00126-CV
    Trial Court Case Number: CC-13-06496-C

### MOTION FOR COURT ORDER
### JUDICIAL ORDER FOR DEPOSIT

### Order for Deposit

(Deposit Exhibit A)

**Court Registry:** 05-14-00126-CV, CC-13-06496-C
STATE OF TEXAS, County Record File No: 201300025307
Common Law Mechanics Lien value $12,996,400.00.
Grantor/Beneficiary: Sheik Tehuti doing business as Silo Stables
EIN: 39-2081135, IMF No: SS 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, IMF Acct. No:
United States Treasury No: RB994765367US

UCC Lien No: 13-00078359

United States Register Copyright No: 1-2094584141
Amend Article 9 Surety Interest

Federal Law Provides Recordation of Security Agreement & Copyright SECT. 205(a) of Title 17 of the U.S. Code

Annex, Common Law Lien deposit for the interest bearing account for the United States District Court.

All taxes, court fees, and administrative fees for collection by grantor and beneficiary have approved for distribution and all twelve million dollars shall be donated to non-profits, hospitals, community programs and religious organizations.

Approved by Secured Party, and Beneficiary

_Sheik Tehuti_

Trustees:
1) Chief Justice Wright
2) Justice Myers
3) Justice Evans
4) Court Registry Trust Carolyn Griffin
5) Dallas County Treasurer Pauline Medrano

Payment shall made to the following:
1) Shiners Hospital......................1 million dollars
2) Cooks Hospital........................1 million dollars
3) St. Judes Hospital....................1 million dollars
4) Dallas Childrens Hospital........1 million dollars
5) Justice Seekers (Rev. Peter Johnson).......$500,000
6) Stepping Stone School.............$500,000
7) Radical Faith Ministries (Min. Curika Washington)........$500,000
8) Fahamme Nation of Nations....................$500,000
9) Force of Faith Rhema Ministry (Pastor Floyd Scott).......$500,000
10) Highland Hills Productions.....................$500,000
11) Concern Citizens Counsel.......................$500,000
12) LYNC Transportation.............................$500,000
13) Generation X Factor Foundation............$500,000

For a total sum of: 8,500,000.000
Trustee: Court Registry
Trustee: Tax Court
Trustee: Dallas County Treasury

Appointed Trustee Judge Mary Murphy

Sheik Tehuti, Beneficiary
All Rights Reserved

JURAT

State of Texas  )
  ) ACKNOWLEDGEMENT
County of Dallas  )
Before me, Jacqueline Smith Cortez, on this day personally appeared Sheik Tehuti to be the person whose name is subscribed to the foregoing instrument was acknowledged to me. Given under my hand seal of office this 25th day of February 2015.

Jacqueline Smith Cortez, Notary Public
My commission expires: February 6, 2017



JACQUELINE SMITH CORTEZ
Notary Public, State of Texas
My Commission Expires
February 06, 2017

For Deposit

# EXHIBIT

# A



| | |
|---|---|
| SILO STABLES UNINCORPORATED | § |
| | § |
| | § |
| | § |
| v. | § |
| | § |
| TRANS-ATLAS FINANCIAL INC. | § |
| Cyrus Raoufpur, CEO | § |

## MECHANIC'S LIEN

COMES NOW, NOTICE is hereby given that this Common Law Lien Claim is being filed in good faith as a legal At-Law-Claim (as distinguished firm an equitable or statutory claim) upon and Trans-Atlas Financial, Inc. and also out of real property commonly known as the house and lot at: SILO STABLES, 3915 CEDARDALE ROAD, DALLAS, TEXAS 75241 with the following description:

**Being a 5.049 acre tract of land situated in the GEORGE FLOYD SURVEY, ABSTRACT No. 463, Dallas County, Texas and being more particularly described on Exhibit A attached hereto and made a part hereof for all purposes.**

## SILO STABLES

CONSTRUCTION OF RIDING ARENA AND DIRT FILL IN FENCE + GATE; $30,000.00 DRIVEWAY ENTRANCE + PARKING LOT EXIT; FILL IN TRACTOR WORK ROAD BASE ASPHALT $200,000.00 INSTALL PARKING BLOCKS GIVEN 35 X 30 EACH TOTAL $1,050.00 INSTALL ELECTRICAL WIRE AND WIRED THIRTY ONE STALLS 12X14 $400.00 EACH TWENTY ONE EXTERIOR POLE LIGHTS $250.00 EACH INSTALL OBELISK FOUNTAIN $8,000.00 INSTALL FENCE AT OFFICE $4,000.00; BUILD KITHCEN $40,000.00 OFFICE A $30,000.00 OFFICE B $30,000.00 BATHROOM 1 $25,000.00 BATHROOM 2 $32,000.00 CONFERENCE ROOM $40,000.00 PATIO $15,000.00 BUILD PATRON STONE $20,000.00 INSTALL PATIO COVER $2,000.00 INSTALL SIDEWALK AT OFFICE AT BARN $80,000.00 INSTALL WASH RACK ONE $32,000.00 INSTALL WASH RACK $30,000.00 TACK ROOM 15 TOTAL $5,000,00 EACH UTILITY ROOM EQUIPMENT $20,000.00 TACK

1

**REPAIR SHOP $15,000.00 TACK + SHINE REPAIR $20,000.00 INSTALL FENCE AROUND PROPERTY $5,000.00 INSTALL TRAINING ARENA $15,000.00 INSTALL PLUMBING + SEPTIC TANK $20,000.00 INSTALL WIRING UNDER GROUND CABLE FROM SUPPLY $8,000.00 LANDSCAPING SAWDOWN TREES FLOWERS BEDS AND MAINTENANCE $40,000.00 TOTAL $12,996,400.00.**

PERSONAL PROPERTY: This claim shall operate in the nature of a "security" for the repair, maintenance, and improvements of the herein described property, performance of obligations related to property of all kinds. This claim is made pursuant to decisions of the United States Supreme Court.
This Common Law Lien is dischargeable only by SILO STABLES, Secured Party, or by a Common Law Jury in a Court of Common Law and according to the rules of Common Law, It is not otherwise dischargeable for One Hundred (100) years, and cannot be extinguished due to the death of SILO STABLES Secured Party, or by SILO STABLES Secured Party's heirs, assigns, or executors. This Common Law Lien is for repairs/maintenance and improvements related to said SILO STABLES Secured Party, and performance of duty related to all other assets beginning 05-15-2011 the amount of **$12,996,400.00** lawful money of the United States DOLLAR being described in the 1792 US Coinages Acts as 371,25 grains of fine silver, or the equivalent of Gold, notes or other instruments acceptable to SILO STABLES. (Emphasis added).

The failure, refusal, or neglect of Third Party Attorney(s) to demand, by all prudent means, that the Sheriff of the is County convene a Common Law Jury to hear this action within ninety (90) days from the date of filing of this instrument will be deemed as prima facia evidence of an admission of "waiver" to all rights on the property described herein. (Neglect; to give reasons on the record for a refusal to call said court has been held a "Waiver"); (see law express and implied in (1 Campd. 410 n., 7 Ind. 21). (Emphasis added).
Common Law Lien definition: One known to or granted by the common law, as distinguished from statutory, equitable and maritime liens; also one arising by implication of law, as distinguished from one created by the agreement of the parties. It is a right extend to a person to retain that which is in his possession belonging to another, until the demand or charge of the person in possession is paid or satisfied. (Whiteside v. Rocky Mountain Fuel Co., C.C.A. Colo. 101 F.2d 765,769). (Emhasis added). Black's Law Dictionary 6th Edition.

11 USUC (101), Paragraph (27) (310 defines "lien". The definition is new and very broad. A lien is defined as a charge against or interest in property to secure payment of debt or performance of an obligation. It incudes inchoate lien; in general, the concept of lien is divided into three (3) kinds of liens: judicial liens, security interests, and statutory liens. These three (3) categories are mutually exclusive and are exhaustive except for certain Common Law Liens.

This Common Law Lien supersedes Mortgage Lien, Les Pendens Liens and Liens of any other kind.

2

This is a suit or action at Common Law and the value in controversy exceed twenty (20) dollars. The controversy is not confined to the question of Title to Property or in relation to other property, but SILO STSBLES Secured Party's Common Law Claim for the repair/maintenance and improvements to the herein described property, and obligations of duties, wherein the SILO STABLES Secured Party demands that said controversy be determined by Common Law Jury in a Court if Common Law and according to the Rules of Gunroom Law.

SILO STABLES Secured Party has been filed with the Office of the Secretary of State, State of Texas. UCC-1 Financial Statement Filing No. 08-0036569825.

Work on property began on or about the 26th day of December 2004.

Work was substantially completed on the 25th day of July 2011.

Sincerely, with all rights reserved.
SHEIK TEHUTI
By: Sheik Tehuti, Secured party

## NOTARY'S STATEMENT

State of Texas          )
                        )
County of Dallas        )

On this day personally appeared Sheik Tehuti, who having first been sworn, acknowledged the foregoing before me.

Jacqueline Smith Cortez, NOTARY PUBLIC

JACQUELINE SMITH CORTEZ
Notary Public, State of Texas
My Commission Expires
February 06, 2013

3

**John F. Warren, COUNTY CLERK**
DALLAS COUNTY, TEXAS
509 MAIN ST, SUITE 200
DALLAS, TX 75202



08/06/2010 10:21:58 AM

## ASSUMED NAME RECORDS
### CERTIFICATE OF OWNERSHIP FOR UNINCORPORATED BUSINESS OR PROFESSION
*Pursuant to Title 5, §71.151(a) of the Texas Business and Commerce Code, Certificates of Ownership are valid for a period not to exceed 10 years during which the assumed name will be used.*

1. _Silo Stables Horse Education Center_
   Name under which Business or Professional Service will be conducted (Please Print or Type)

2. _3915 Cedardale_ City _Dallas_ State _Texas_ Zip _75241_
   Business Address

3. The period, not to exceed (10) years, during which the assumed name will be used is _____ years.

4. The Business or Professional Service under this Assumed Name will be conducted as a: (Please check one)

   ___ Proprietorship  ___ Sole Practitioner (Dr/Lawyer/etc)  ___ General Partnership

   ___ Limited Partnership  ___ Joint Venture  ___ Joint Stock Company

   ___ Real Estate Investment Trust  _✓_ Non-Profit  ___ Other

5. List the name(s) and complete street address of Owner (s) under the above Assumed Name. (Please Print)

   | Name | Street | City | State | Zip |
   |------|--------|------|-------|-----|

   _Sheik Tehuti_ _468 Normany Ln_ _Fort Worth Texas_

   _mailing address P.O. Box 912 Hutchins 75241_

   _Ein No 27-6492840_
   **Signature**

   **Signature**   **Signature** _Sheik Tehuti_

   **Signature**

Filed and Recorded
Official Public Records
John F. Warren: County Clerk
Dallas County. TEXAS
08/06/2010 10:21:58 AM
$16.00

201000200479

**THE STATE OF TEXAS, COUNTY OF DALLAS**
**BEFORE ME, THE UNDERSIGNED AUTHORITY,**
on this day personally appeared _SHEIK TEHUTI_

known to me to be the person(s) whose name is/are subscribe to the foregoing instrument and acknowledge to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office, this _6_ day of _August_, 20 _10_.

JOHN F. WARREN, COUNTY CLERK

By_____  Deputy_____
Notary Public in and for Dallas County



Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
01/25/2013 04:08:25 PM
$28.00



201300025307